RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
ROBERT E. O'BRIEN
Assistant Federal Public Defender
Nevada State Bar No. 10944
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Robert_O'Brien@fd.org

Attorney for Chase Sitton

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00091-JCM-CWH |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| CHASE SITTON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Robert E. O'Brien, Assistant Federal Public Defender, counsel for Chase Sitton, that the Revocation Hearing currently scheduled on September 26, 2019, be vacated and continued to October 22, 2019 at 10:00 am.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be out of the jurisdiction during the current revocation setting.

2. The additional time is requested to allow counsel for the defense to conduct additional investigation and research in this matter.

3. The defendant is out of custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 23rd day of September, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Robert E. O'Brien*<br>By_____<br>ROBERT E. O'BRIEN<br>Assistant Federal Public Defender | */s/ Daniel Cowhig*<br>By_____<br>DANIEL COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00091-JCM-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| CHASE SITTON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, September 26, 2019 at 10:30 a.m., be vacated and continued to October 22, 2019 at 10:00 am.

DATED September 24, 2019.

_____
UNITED STATES DISTRICT JUDGE