Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
October 4, 2019

Name of Offender: **Chase Sitton**

Case Number: **2:11CR00091**

Name of Sentencing Judicial Officer: **Honorable Roger L. Hunt**

Date of Original Sentence: **August 3, 2012**

Original Offense: **Brandishing a Firearm During a Crime of Violence; Aiding and Abetting**

Original Sentence: **84 Months prison, followed by 60 Months TSR.**

Date Supervision Commenced: **May 25, 2017**

Name of Assigned Judicial Officer: **Honorable Roger L. Hunt**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 90 days. You must follow the rules and regulations of the center.

## CAUSE

On August 3, 2012, Sitton was sentenced by the Honorable Roger L. Hunt to 84-months imprisonment, followed by 60 months of supervised release for committing the offense of Brandishing a Firearm During a Crime of Violence, and Aiding and Abetting. On May 25, 2017 Sitton commenced his first term of supervised release in the District of Nevada. On July 12, 2018, Sitton's supervision was revoked and he was sentenced by the Honorable Judge James C. Mahan to nine months custody followed by 48 months supervised release. On March 27, 2019, Sitton commenced his second term of supervised release. On April 23, 2019 a second petition was filed with the Court based upon violations of his supervised release. Sitton absconded from

supervision for several months and after being arrested on the warrant, he appeared before the Court on September 4, 2019 for his initial appearance. At this hearing, Sitton was released with two additional conditions of supervision; specifically, placement in the Residential Re-entry Center (RRC) and Location Monitoring until his revocation hearing, which is currently set for October 22, 2019.

The United States Pretrial Services Office is currently incurring the costs for Sitton to reside at the halfway house while he is pending his revocation hearing; however, they will only be able to accommodate this arrangement until October 11, 2019. Currently, Sitton is unemployed, he has no financial or family support, and advised he will be homeless if he is unable to reside at the halfway house. This officer respectfully requests Sitton be allowed to reside at the RRC for a term of up to 90-days to address his housing situation until his revocation hearing date. Sitton was presented with the Probation Form 49, Waiver of Hearing to modify Conditions of Supervised Release which he signed. A copy has been attached for Your Honor's review.

The probation office would further request that Your Honor waive any subsistence fees while Sitton is residing at the halfway house.

Respectfully submitted,

Donnette Johnson for

Donnette L. Johnson
2019.10.07 12:59:26 -07'00'

Donnette Johnson
United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2019.10.04 15:50:14 -07'00'

Brian Blevins
Supervisory United States Probation Officer

## *THE COURT ORDERS*

☐    No Action.

☐    The extension of supervision as noted above.

X    The modification of conditions as noted above

☐    Other (please include Judicial Officer instructions below):

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

_James C. Mahan_
Signature of Judicial Officer

October 10, 2019
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 90 days. You must follow the rules and regulations of the center.

Witness _____     Signed _____
U.S. Probation Officer                         Probationer or Supervised Releasee

Date ___10-1-19___