Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**June 25, 2020**

Name of Offender: **Chase Sitton**

Case Number:  **2:11CR00091**

Name of Sentencing Judicial Officer: **Honorable Roger L. Hunt**

Date of Original Sentence: **August 3, 2012**

Original Offense: **Brandishing a Firearm During a Crime of Violence; Aiding and Abetting**

Original Sentence: **84 Months prison, followed by 60 Months TSR.**

Date Supervision Commenced: **May 25, 2017**

Name of Assigned Judicial Officer: **Honorable Roger L. Hunt**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 90 days. You must follow the rules and regulations of the center.

## CAUSE

Sitton is scheduled to commence supervision in the District of Nevada on July 21, 2020. Sitton has requested our assistance in securing halfway house placement. On April 22, 2020 the RRC agreed to accept Sitton contingent on a zero tolerance for violating the rules and regulations of the center due to Sitton's history of repetitive facility violations.

It is requested that Your Honor modify his release conditions to include placement in a residential re-entry center for a period of up to 90 days. This will allow Sitton to find a suitable residence. Attached is a waiver of hearing form signed by the Sitton to modify his release conditions accordingly. Sitton was explained his right to a hearing and the assistance counsel but waived those rights and agreed to the requested modification

RE: Chase Sitton

Prob12B
D/NV Form
Rev. June 2014

Respectfully submitted,

*Gabriella Mitchell*

Digitally signed by Gabriella Mitchell
Date: 2020.06.25 14:40:58 -07'00'

Gabriella Mitchell
United States Probation Officer Assistant

Approved:

2020.06.25 14:39:03 -07'00'

Joy Gabonia
Supervisory United States Probation Officer

## THE COURT ORDERS

☐     No Action.

☐     The extension of supervision as noted above.

X     The modification of conditions as noted above

☐     Other (please include Judicial Officer instructions below):

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

Signature of Judicial Officer

June 26, 2020
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

### District of Nevada

### Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 90 days. You must follow the rules and regulations of the center. Subsistence shall be waived.

Witness _____      Signed _____
         Case Manager                               Probationer or Supervised Releasee

_____6-24-2020_____
        Date